**Lance W. MITCHELL, Petitioner**

v.

**STATE CIVIL SERVICE COMMIS-SION (Correctional Institution at Waynesburg, Department of Corrections), Respondents.**

Supreme Court of Pennsylvania.

Dec. 29, 2009.

---

had Appellant preserved his substantive claims by including them in his PCRA petition, he would not have been entitled to any relief because his proportionality review claims were previously litigated on direct appeal. *See Rainey,* 928 A.2d at 244 (holding that claim alleging that prior proportionality review was not meaningful because it was

based on flawed data was not cognizable because it was previously litigated).

64. The Prothonotary of the Supreme Court is directed to transmit a complete record of this case to the Governor pursuant to 42 Pa.C.S. § 9711(i).

## ORDER

PER CURIAM.

**AND NOW,** this 29th day of December, 2009, the Petition for Allowance of Appeal is **GRANTED,** the order of the Commonwealth Court is **VACATED,** and the case is **REMANDED** to the Commonwealth Court in light of this Court's decision in *Miller v. Unemployment Comp. Bd. of Review.*, 505 Pa. 8, 476 A.2d 364 (1984). *See also Smith v. Bd. of Prob. & Parole,* 546 Pa. 115, 683 A.2d 278, 282 (1996). The Commonwealth Court is directed to treat the petition for review as timely filed.